Raymond E. Hane III (SBN 149960)
E-mail:  rhane@bwslaw.com
Sanaea H. Daruwalla (SBN 247655)
E-mail:  sdaruwalla@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA  90071-2953
Tel: 213.236.0600; Fax: 213.236.2700

Attorneys for Defendant Wal-Mart Stores, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| MARIA MURILLO, | Case No.  CV 11-00048 CW |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE THE MEDIATION COMPLETION DATE |
| v. | |
| WAL-MART STORES, INC. and DOES 1 through 10, | State Action Filed:  August 5, 2010 |
| Defendants. | |

**IT IS HEREBY STIPULATED AND AGREED TO** by the Parties, through their respective counsel, that the Parties agree, subject to the order of the Court, to a continuance of the August 10, 2011, mediation completion date to on or after November 10, 2011.  Due to the Parties engaging in continued discovery, including taking Plaintiff's deposition, witness depositions, Plaintiff making her initial disclosures, and responding to discovery requests, the Parties desire a brief continuance of the mediation completion date.  The Parties believe mediation will be more fruitful once this discovery has been completed.

/ / /

/ / /

/ / /

Good cause exists for this brief continuance so the Parties can complete the discovery detailed above, and engage in a more meaningful mediation.

Dated:  August 2, 2011

Burke, Williams & Sorensen, LLP
Raymond E. Hane III
Sanaea H. Daruwalla

By: */s/ Sanaea H. Daruwalla*
Sanaea H. Daruwalla
sdaruwalla@bwslaw.com
Attorneys for Defendant
Wal-Mart Stores, Inc.

Dated:  August 2, 2011

Liberation Law Group, P.C.
Arlo Garcia Uriarte

By: */s/ Arlo Garcia Uriarte*
Arlo Garcia Uriarte
arlo@liberationlawgroup.com
Attorneys for Plaintiff
Maria Murillo

IT IS SO ORDERED
Judge Claudia Wilken
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

LA #4827-6991-8218 v1

- 2 -

CASE NO. CV 11-00048 CW
STIPULATION TO CONTINUE MEDIATION COMPLETION DATE