IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA MURILLO,<br><br>    Plaintiff,<br><br>  v.<br><br>WAL-MART STORES, INC.,<br><br>    Defendant.<br>_____/ | No. C 11-00048 CW<br><br>ORDER OF<br>REFERENCE TO<br>MAGISTRATE JUDGE |

Pursuant to Local Rule 72-1, IT IS HEREBY ORDERED that the motion to compel initial disclosure, motion to compel discovery responses, and **all further discovery motions** filed in the above-captioned case are referred to a Magistrate Judge. The hearing noticed for Thursday, October 27, 2011, is vacated. Counsel will be advised of the date, time and place of appearance by notice from the assigned Magistrate Judge.

Dated: 9/22/2011

                                    CLAUDIA WILKEN
                                    United States District Judge

cc: Sue; Assigned M/J w/mo.