IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARIA MURILLO,                   No. C 11-00048 CW

    Plaintiff,                ORDER OF REFERENCE TO MAGISTRATE JUDGE

  v.

WAL-MART STORES, INC.,

    Defendant.
_____/

    Pursuant to Local Rule 72-1, IT IS HEREBY ORDERED that the motion to compel initial disclosure, motion to compel discovery responses, and **all further discovery motions** filed in the above-captioned case are referred to a Magistrate Judge.  The hearing noticed for Thursday, October 27, 2011, is vacated.  Counsel will be advised of the date, time and place of appearance by notice from the assigned Magistrate Judge.

Dated: 9/22/2011                    _____
                                     CLAUDIA WILKEN
                                     United States District Judge

cc: Sue; Assigned M/J w/mo.