UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA MURILLO, | No. C 11-00048 CW (NJV) |
| Plaintiff, | ORDER TAKING DEFENDANT'S MOTION TO COMPEL UNDER SUBMISSION ON THE PAPERS |
| v. | |
| WAL-MART STORES, INC., | (Doc. No. 23) |
| Defendant. | |

Pending before the Court is Defendant Wal-Mart Stores, Inc.'s motion to compel discovery responses. Docket No. 23. Pursuant to Local Rule 7-1(b), the Court finds that this matter is appropriate for decision without oral argument. The Court therefore takes the matter under submission on the papers. The hearing scheduled for November 8, 2011 is taken off the Court's calendar.

IT IS SO ORDERED.

Dated: October 31, 2011

NANDOR J. VADAS
United States Magistrate Judge