IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA MURILLO,<br><br>      Plaintiff,<br><br>  v.<br><br>WAL-MART STORES, INC. and DOES 1 through 10,<br><br>      Defendants.<br>_____/ | No. C 11-00048 CW<br><br>ORDER REGARDING PLAINTIFF'S OPPOSITION TO PENDING MOTION FOR SUMMARY JUDGMENT |

    On October 13, 2011, Defendant Wal-Mart Stores, Inc. moved for summary judgment on all four of Plaintiff Maria Murillo's claims.  Pursuant to this Court's Civil Local Rule 7-3(a), "[a]ny opposition to a motion must be served and filed not more than 14 days after the motion is served and filed."  Accordingly, Plaintiff's opposition was due on October 27, 2011.  However, thus far, Plaintiff has not filed an opposition.  Plaintiff shall file her response within ten days from the date of this order, or face dismissal of this action for failure to prosecute.

    In addition, the Court notes that Plaintiff's counsel Joseph D. Sutton is identified as an attorney to be noticed, but has not registered an email address in this Court's Electronic Case Filing

system.  Under General Order 45, Section IV, each attorney of record is obliged to register as an ECF user and to keep his or her account information current.  In cases designated for electronic filing, as this case is, all documents required to be filed with the Clerk shall be filed electronically on the ECF web site, except as provided in Section VII of General Order 45, or as authorized by the Court.  Gen. Order 45, Sec. VI A.  The filing of a document by a party on ECF generates an e-mail message, the receipt of which constitutes service on the receiving party.  Gen. Order 45 Sec. IX A.

In keeping with General Order 45, Mr. Sutton shall update his ECF registration to include a current email address within seven days of this order.  Because Plaintiff's other attorney of record, Arlo Garia Uriarte, appears to be properly registered as an ECF user, and received an ECF email notification of Defendant's summary judgment motion, it appears that service of Defendant's summary judgment motion on Plaintiff was complete.

IT IS SO ORDERED.

Dated: 11/8/2011

CLAUDIA WILKEN
United States District Judge

2