1  Arlo Garcia Uriarte, SBN 231764
   LIBERATION LAW GROUP, P.C.
2  2760 Mission Street
   San Francisco, CA  94110
3  Telephone:  (415) 695-1000
   Facsimile:  (415) 695-1006
4
   Attorneys for Plaintiff
5  MARIA MURILLO

## UNITED STATES DISTRICT COURT

## NORTHEREN DISTRICT OF CALIFORNIA

| MARIA MURILLO, | Case No.   C 11-00048 CW |
|---|---|
| Plaintiff | **NOTICE OF SETTLEMENT** |
| v. | |
| WAL-MART STORES, INC., | |
| Defendants. | |

   PLEASE take notice that on November 9, 2011, the parties came to resolution of this case, pending final agreement on the terms of the release and compromise documents which have yet to be executed by the parties.

   Plaintiff seeks a period of 20 days before the parties will seek dismissal of the action by way of a settlement.

DATED:  November 9, 2011            LIBERATION LAW GROUP, P.C.


                                    By: _____
                                          Arlo Garcia Uriarte